## Arthur L. Whitely, Appellee, v. Arlington Farms, Inc., Appellant.

### Gen. No. 42,896.

Heard in the first division, first district, this court at the December term, 1943; opinion filed April 3, 1944. Andrew D. Collins and John Tone Kelly, for appellant; Culver & Mendelson, for appellee; David H. Kraft, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.